1438 Jasmin Lu Q  I 2
San Jose, Ca. 95122
(408) 561-7654

Clear Form

ADR

E-FILING

Filed

MAR 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Davis

              Plaintiff,

vs.

Santa Clara County, et. al.

              Defendant.

CASE NO. C08 01512 RMW RS

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Charles Davis _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?         Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7    a.   Business, Profession or                    Yes ___ No ✓
8         self employment?
9    b.   Income from stocks, bonds,                 Yes ___ No ✓
10        or royalties?
11   c.   Rent payments?                             Yes ___ No ✓
12   d.   Pensions, annuities, or                    Yes ___ No ✓
13        life insurance payments?
14   e.   Federal or State welfare payments,         Yes ___ No ✓
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3.   Are you married?                             Yes ✓ No ___
22 Spouse's Full Name: Felicia Davis (we are separated, have no contact, and she provides me with nothing
23 Spouse's Place of Employment: unknown
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ unknown                    Net $ unknown
26 4.   a.   List amount you contribute to your spouse's support:$ 000
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 NA

3

4   5.    Do you own or are you buying a home?    Yes ____ No ✓

5 Estimated Market Value: $ NA     Amount of Mortgage: $ NA

6   6.    Do you own an automobile?    Yes ____ No ✓

7 Make NA     Year NA     Model NA

8 Is it financed? Yes ____ No ____ If so, Total due: $ NA

9 Monthly Payment: $ NA

10   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

11 Name(s) and address(es) of bank: ____

12

13 Present balance(s): $ ____

14 Do you own any cash? Yes ____ No ✓ Amount: $ ____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes ✓ No ____

17 the clothes on my back and a few extra pairs of pants, shirts, etc.

18   8.    What are your monthly expenses?

19 Rent: $ I reside at a shelter     Utilities: NA

20 Food: $ 150 a mo for food provided on occasion     Clothing: NA

21 Charge Accounts:

22 Name of Account    Monthly Payment    Total Owed on This Account

23 NA     $ ____     $ ____

24 ____     $ ____     $ ____

25 ____     $ ____     $ ____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 27 year old student loan ($4000 approx);

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NA

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

X 3/18/08                    X Charles Davis
DATE                          SIGNATURE OF APPLICANT