OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA 95113
408-535-5364

March 31, 2008

Charles Davis
1438 Tami Lee Drive, #3
San Jose, California  95122

SUBJECT: C08-1512 RMW   Charles Davis v. Santa Clara County, et al

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address (es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,
RICHARD W. WIEKING, Clerk

BY: _____
CASE SYSTEMS ADMINISTRATOR

(1)   Name_____       Address_____

                                                        _____

                                                        _____

(2)   Name_____       Address_____

                                                        _____

(Continued on reverse side)