OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA 95113
408-535-5364

March 31, 2008


RECEIVED
APR 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Charles Davis
1438 Tami Lee Drive, #3
San Jose, California  95122

SUBJECT: C08-1512 RMW  Charles Davis v. Santa Clara County, et al

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address (es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,
RICHARD W. WIEKING, Clerk

BY: _____
CASE SYSTEMS ADMINISTRATOR

(1) Name _Santa Clara County_  Address _70 West Hedding St, East Wing, Sanjose, Ca. 95110_

(2) Name _Edward Flores, Santa Clara County Department of Corrections, Chief of Correction Center_  Address _885 N. San Pedro St, Sanjose, Ca 95110_

(Continued on reverse side)

(3) Name Santa Clara County Valley Health and Hospital System.   Address 751 S Bascom Avenue, San Jose, Ca. 95128

(4) Name Dr. Alex Chyorny Director of Adult Health Services.   Address 751 S Bascom Avenue, San Jose Ca. 95128

(5) Name Laurie Smith Sheriff Santa Clara County.   Address 55 West Younger Avenue, San Jose, Ca. 95110-1721

(6) Name ___   Address ___

(7) Name ___   Address ___

(8) Name ___   Address ___

(9) Name ___   Address ___

(10) Name ___   Address ___