Case #

← New Address No. ✓

C08-01512 RMW

Charles Davis
330 East Saint John St
San Jose, Ca. 95112

Change of mailing address
From Tami Lee Dr to address above

FILED

2008 MAY -5  A 11: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5/5/08

Charles Davis