| U.S. Department of Justice <br> United States Marshals Service | | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" <br> on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF <br> Charles Davis | | COURT CASE NUMBER <br> C08-1512 RMW | |
| DEFENDANT <br> Santa Clara County, et al | | TYPE OF PROCESS <br> Please see below | |
| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN <br> Laurie Smith, Santa Clara County Sheriff | | |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) <br> Santa Clara County Office of the Sheriff 55 West Younger Ave., | | |

FILED
2008 MAY 30 P 12: 50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
95110-1721

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Charles DAvis <br> 1438 Tami Lee Drive, #3 <br> San Jose, CA. 95112 | Number of process to be served with this Form - 285 | 2 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. Summons
2. Complaint

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> 408-535-5373 | DATE <br> 4/24/2008 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process <br> 1 | District of Origin <br> No. 11 | District to Serve <br> No. 11 | Signature of Authorized USMS Deputy or Clerk | Date <br> 5/12/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) <br> KATIE ZOGLIN | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service <br> 5/12/08 | Time <br> 1:30 pm <br> Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges <br> $45 | Advance Deposits | Amount owed to U.S. Marshal or <br> $45 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

EXECUTED

| PRIOR EDITIONS <br> MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
для for the

Northern District of California

| | |
|---|---|
| CHARLES DAVIS ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 08-01512 RMW |
| SANTA CLARA COUNTY, ET AL ) | |
| Defendant ) | |

**Summons in a Civil Action**

To:  Laurie Smith, Santa Clara County Sheriff
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles Davis
1438 Tami Lee Drive, #3
San Jose, California 95122

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: April 10, 2008

Deputy clerk's signature

**EXECUTED**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5/12/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __[illegible] K. ZOGLIN__; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __5/12/08__

_____
Server's signature

__K. LEONG  DUSM__
Printed name and title

__USMS   S. JOSE, CA__
Server's address

EXECUTED