1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, Including its
6  Santa Clara County Health and Hospital
   System and Adult Custody Health Services,
7  EDWARD FLORES, and LAURIE SMITH

8

9              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | CHARLES DAVIS,                    )   No.   C08-01512 RMW
                                       )
13 |     Plaintiff,                    )
                                       )   **PROOF OF SERVICE BY MAIL**
14 | v.                                )
                                       )
15 | SANTA CLARA COUNTY et. al.;       )
                                       )
16 |     Defendants.                   )
   |_____    )
17

18      I, Mary Lou Gonzales, say:

19      I am now and at all times herein mentioned have been over the age of eighteen years,

20 employed in Santa Clara County, California, and not a party to the within action or cause; that

21 my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-

22 1770. I am readily familiar with the County's business practice for collection and processing

23 of correspondence for mailing with the United States Postal Service. I served a copy of the

24 **Defendants' Answer to Complaint** by placing said copy in an envelope addressed to:

25      Charles Davis
        1438 Tami Lee Dr., #3
26      San Jose, California 95122

27 which envelope was then sealed, with postage fully prepaid thereon, on **June 2, 2008,**

28 and placed for collection and mailing at my place of business following ordinary business

1  practices. Said correspondence will be deposited with the United States Postal Service at San
2  Jose, California, on the above-referenced date in the ordinary course of business; there is
3  delivery Service by United States mail at the place so addressed.
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct, and that this declaration was executed on **June 2, 2008**, at San
6  Jose, California.

*/s/ Mary Lou Gonzales*
Mary Lou Gonzales

28  128953.wpd