ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, Including its
Santa Clara County Health and Hospital
System and Adult Custody Health Services,
EDWARD FLORES, and LAURIE SMITH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY et. al.;<br><br>    Defendants. | No.   C08-01512 RMW<br><br>**PROOF OF SERVICE BY MAIL** |

I, Mary Lou Gonzales, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **Defendants' Answer to Complaint** by placing said copy in an envelope addressed to:

Charles Davis
330 East Saint John Street
San Jose, California 95112

which envelope was then sealed, with postage fully prepaid thereon, on **June 2, 2008,** and placed for collection and mailing at my place of business following ordinary business

practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June 2, 2008**, at San Jose, California.

_____
Mary Lou Gonzales

129001.wpd