| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, INCLUDING |
| 6 | ITS SANTA CLARA COUNTY HEALTH |
| | AND HOSPITAL SYSTEM AND ADULT |
| 7 | CUSTODY HEALTH SERVICES, EDWARD |
| | FLORES,  LAURIE SMITH, and ALEX |
| 8 | CHYORNY, M.D. |
| 9 | |
| 10 | KEITH G. JORDAN (S.B. #171267) |
| | 720 SW Washington, Suite 750 |
| 11 | Portland, Oregon 97205 |
| | Telephone:  (408) 271-9500 |
| 12 | Facsimile:  (408) 271-9598 |
| | keith@jordanlawfirm.net |
| 13 | |
| | Attorney for Plaintiff |
| 14 | CHARLES DAVIS |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| CHARLES DAVIS, | ) | No.   C08-01512 RMW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF NEED FOR ADR PHONE** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | |
| SANTA CLARA COUNTY et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

A Case Management Conference is scheduled for July 25, 2008.

/ /

1  The following counsel will participate in the ADR phone conference:

2  

| Name | Party Representing | Phone No. | E-Mail Address |
|------|---------------------|-----------|----------------|
| Keith Jordan | Plaintiff | (408) 271-9500 | Keith.jordan@jordanlawfirm.net |
| Gregory J. Sebatinelli | Defendants | (408) 299-5900 | Gregory.sebastinelli@cco.sccgov.org |

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

8  "conformed" signature (/S/) within this efiled document.

9                                          ANN MILLER RAVEL
                                        County Counsel

11  Dated: July 16, 2008                     By:       /S/
                                                        GREGORY J. SEBASTINELLI
12                                                            Deputy County Counsel

13                                                            Attorneys for Defendants
                                                          COUNTY OF SANTA CLARA,
14                                                            INCLUDING ITS SANTA CLARA
                                                          COUNTY HEALTH AND HOSPITAL
15                                                            SYSTEM AND ADULT CUSTODY
                                                          HEALTH SERVICES, EDWARD
16                                                            FLORES, LAURIE SMITH, and ALEX
                                                          CHYORNY, M.D.

19  Dated: July 16, 2008                     By:       /S/
                                                        KEITH G. JORDAN

21                                                            Attorney for Plaintiff
                                                          CHARLES DAVIS

28  134908.wpd