1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
3 | San Jose, California  95110-1770
Telephone:  (408) 299-5900
4 | Facsimile:  (408) 292-7240

5 | Attorneys for Defendants
COUNTY OF SANTA CLARA, INCLUDING
6 | ITS SANTA CLARA COUNTY HEALTH AND
HOSPITAL SYSTEM AND ADULT
7 | CUSTODY HEALTH SERVICES, EDWARD
FLORES,  LAURIE SMITH, and ALEX
8 | CHYORNY, M.D.

9 |

10 | KEITH G. JORDAN (S.B. #171267)
720 SW Washington, Suite 750
11 | Portland, Oregon 97205
Telephone:  (408) 271-9500
12 | Facsimile:  (408) 271-9598
keith@jordanlawfirm.net
13 |

Attorney for Plaintiff
14 | CHARLES DAVIS

15 |

16 |                      UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
17 |                           (San Jose Division)

18 |

19 | CHARLES DAVIS,                    )    No.    C08-01512 RMW
                                      )
20 |        Plaintiff,                 )    **ADR CERTIFICATION BY PARTIES AND**
                                      )    **COUNSEL**
21 | v.                               )
                                      )
22 | SANTA CLARA COUNTY et. al.,       )
                                      )
23 |        Defendants.               )
     _____)
24 |

25 |        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

26 | he or she has:

27 |        (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

28 | *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed*

1   *copies available from the clerk's office for parties in cases not subject to the court's Electronic*

2   *Case Filing program (ECF) under General Order 45)*;

3       (2)    Discussed the available dispute resolution options provided by the Court and private

4   entities; and

5       (3)    Considered whether this case might benefit from any of the available dispute

6   resolution options.

7       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

8   "conformed" signature (/S/) within this efiled document.

9                                           ANN MILLER RAVEL
                                            County Counsel
10

11  Dated:  July 16, 2008              By:  _____/S/_____
                                            GREGORY J. SEBASTINELLI
12                                          Deputy County Counsel

13                                          Attorneys for Defendants
                                            COUNTY OF SANTA CLARA,
14                                          INCLUDING ITS SANTA CLARA
                                            COUNTY HEALTH AND HOSPITAL
15                                          SYSTEM AND ADULT CUSTODY
                                            HEALTH SERVICES, EDWARD
16                                          FLORES, LAURIE SMITH, and ALEX
                                            CHYORNY, M.D.
17

18

19  Dated:  July 16, 2008              By:  _____/S/_____
                                            KEITH G. JORDAN
20

21                                          Attorney for Plaintiff
                                            CHARLES DAVIS
22

23

24

25

26

27

28  134907.wpd