KEITH G. JORDAN, #171267
720 SW WASHINGTON SUITE 750
PORTLAND, OREGON 97205
PHONE: (408) 271-9500
FAX:    (408) 271-9598
keith@jordanlawfirm.net

*E-FILED - 7/24/08*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS,<br><br>                               Plaintiff,<br><br>         -vs-<br><br>SANTA CLARA COUNTY, et al.,<br><br>                               Defendants. | No. C08-01512 RMW<br>    ORDER GRANTING<br>NOTICE OF ENTRY OF KEITH G.<br>JORDAN AS ATTORNEY OF RECORD<br><br>Date:<br>Time:<br>Judge: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND
TO THE ABOVE NAMED DEFENDANTS:

    NOTICE IS HEREBY GIVEN that the above-named Plaintiff has retained my services for the above-referenced case.   This motion serves as my official notice that I shall be Plaintiff's counsel from this point forward.

    I respectfully request that the Court sign the order I have attached to this notice.  I have attached my declaration of counsel as well.

Dated: July 14, 2008

                                                                  Respectfully submitted,

                                                             /s/ Keith G. Jordan
                                                           KEITH G. JORDAN
                                                           Attorney at Law

Substitution of Attorney C08-01512 RMW

KEITH G. JORDAN ,#171267
720 SW WASHINGTON SUITE 750
PORTLAND, OREGON 97205
PHONE: (408) 271-9500
FAX:    (408) 271-9598
keith@jordanlawfirm.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS,<br><br>                     Plaintiff,<br><br>-vs-<br><br>SANTA CLARA COUNTY, et al.,<br><br>                     Defendants. | No.  C08-01512 RMW<br><br>DECLARATION IN SUPPORT OF MOTION TO BECOME ATTORNEY OF RECORD |

I, KEITH G. JORDAN, do declare:

      I am an attorney licensed to practice law in the state of California.  I represent the above-named Plaintiff in the above-entitled action.

      I have been privately retained by Mr. Davis to appear in court as his attorney of record for the above-entitled proceeding.

      I declare under penalty of perjury that the foregoing is true and correct, to the best of my understanding and belief, according to the law of the state of California.

      Executed on 14th day of July 2008, at Portland, Oregon.

                                            /s/ Keith G. Jordan
                                            KEITH G. JORDAN
                                            Attorney at Law

KEITH G. JORDAN ,#171267
720 SW WASHINGTON SUITE 750
PORTLAND, OREGON 97205
PHONE: (408) 271-9500
FAX:    (408) 271-9598
keith@jordanlawfirm.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS,<br><br>      Plaintiff,<br><br>   -vs-<br><br>SANTA CLARA COUNTY, et al.,<br><br>      Defendants. | No. C08-01512 RMW<br><br>ORDER OF COURT GRANTING ATTORNEY'S REQUEST TO BECOME ATTORNEY OF RECORD |

ORDER OF THE COURT:

Based on the notice and declaration of counsel, the Court hereby orders that Keith G. Jordan become the attorney of record effective as of the date of July 14, 2008.

Dated: __7/24_____, 2008.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Substitution of Attorney C08-01512 RMW

**PROOF OF SERVICE**

| | |
|---|---|
| CHARLES DAVIS v. ) | No. C08-01512 RMW |
| ) | |
| SANTA CLARA COUNTY, et al. ) | |

I am a citizen of the United States and am employed in the County aforesaid; I am over the age of eighteen years and not a party to this action; My business address is: 720 SW Washington Suite 750, Portland, OR 97205.

On <u>July 15, 2008</u> I served the within ENTRY OF APPEARANCE AS ATTORNEY OF RECORD on the Defendants in this action, by serving via email a true and correct copy thereof on.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008, at Portland, Oregon.

   /s/ Keith G. Jordan
KEITH G. JORDAN
Attorney for Plaintiff
720 SW Washington Suite 750
Portland, Oregon 97205
Phone:  (408) 271-9500
Fax:    (408) 271-9598
keith@jordanlawfirm.net

Substitution of Attorney C08-01512 RMW