UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-01512-RMW        JUDGE: Ronald M. Whyte

CHARLES DAVIS                               -V- SANTA CLARA COUNTY, et al.
Title

K. Jordan                                              G. Sebastinelli
Attorneys Present (Plaintiff)               Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court referred case to Magistrate Judge Seeborg for an early settlement to be held within 120 days. The Court set the following schedule: Jury Trial set for 10/5/09 @ 1:30 pm; Pretrial Conference set for 9/24/09 @ 2:00 pm; Joint Pretrial Statement due 9/11/09; Hearing on Dispositive Motions set for 7/31/09 @ 9:00 am; Discovery cutoff 3/20/09; Close of Expert Discovery - 6/15/09; Disclosure of Experts by 4/20/09; Rebuttal Experts by 5/11/09. Discovery Limits: Deposition - 10 per side; Request for Admissions - 10 per side; Interrogatories - 25 per side; Document Request - no limit but narrowly tailored. Defendant to prepare order following the conference.