1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, INCLUDING
6  ITS SANTA CLARA COUNTY HEALTH
   AND HOSPITAL SYSTEM AND ADULT
7  CUSTODY HEALTH SERVICES, EDWARD
   FLORES, LAURIE SMITH, and ALEX
8  CHYORNY, M.D.

9

10            UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  CHARLES DAVIS,                )   No.   C08-01512 RMW
                                  )
14       Plaintiff,                )   **CASE MANAGEMENT CONFERENCE**
                                  )   **ORDER**
15                                )
    v.                            )
16                                )
    SANTA CLARA COUNTY et. al.;   )
17                                )
         Defendants.              )
18  _____ )

19       The respective parties participated in an Initial Case Management Conference on July 25,

20  2008, at 10:30 a.m., in Courtroom 6, the Honorable Ronald M. Whyte, presiding.  Keith G.

21  Jordan, Esq., appeared as counsel representing Plaintiff Charles Davis.  Gregory J. Sebastinelli,

22  Esq., appeared as counsel representing Defendants County of Santa Clara, including its Santa

23  Clara County Health and Hospital System and Adult Custody Health Services, Edward Flores,

24  Laurie Smith, and Alex Chyorny, M.D.  At this conference, the Court ordered as follows:

25       1.    This case is hereby referred to Magistrate Judge Richard Seeborg for an Early

26  Settlement Conference to be held within 120 days of the Case Management Conference, or by

27  no later than November 21, 2008;

28  //

2. The trial of this case shall commence on October 5, 2009, at 1:30 p.m., in Courtroom 6, the Honorable Ronald M. Whyte, presiding;

3. A Pretrial Conference shall take place on September 24, 2009, at 2:00 p.m., in Courtroom 6. The Joint Pretrial Conference Statement shall be filed with the Court by September 11, 2009. In limine motions shall likewise be filed with the Court by September 11, 2009.

4. Any hearing on a dispositive motion shall take place by July 31, 2009, at 9:00 a.m. In accordance with Civ. Local Rule 7-2, any dispositive motion must be filed and served in writing no less than 35 days before the hearing date.

5. Non-expert discovery shall be completed by March 20, 2009. In regard to non-expert discovery, depositions are limited to 10 per side; requests for admissions are limited to 10 per side; interrogatories are limited to 25 per side; and, document requests are unlimited, but must be narrowly tailored. Further, the respective parties shall disclose expert witnesses by April 20, 2009 and rebuttal expert witnesses by May 11, 2009. Expert discovery shall be completed by June 15, 2009.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

Approved as to Form and Content.

ANN MILLER RAVEL
County Counsel

Dated: August 26, 2008     By:     /S/
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, INCLUDING ITS SANTA CLARA COUNTY HEALTH AND HOSPITAL SYSTEM AND ADULT CUSTODY HEALTH SERVICES, EDWARD FLORES, LAURIE SMITH, and ALEX CHYORNY, M.D.

//

1

2  Dated: August 21, 2008                    By:        /S/
                                                 KEITH G. JORDAN
3

4                                                Attorney for Plaintiff
                                                 CHARLES DAVIS
5

6                                        **ORDER**

7  IT IS SO ORDERED.

8

9  Date: _____
                                                 _____
10                                               HONORABLE RONALD M. WHYTE
                                                 United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  140039.wpd