ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-FILED 1/15/09*

Attorneys for Defendants
COUNTY OF SANTA CLARA, INCLUDING
ITS SANTA CLARA COUNTY HEALTH AND
HOSPITAL SYSTEM AND ADULT CUSTODY
HEALTH SERVICES, EDWARD FLORES,
LAURIE SMITH, and ALEX CHYORNY, M.D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| CHARLES DAVIS, | No.   C08-01512 RMW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCUSING INDIVIDUAL DEFENDANTS' ATTENDANCE AT EARLY SETTLEMENT CONFERENCE |
| v. | |
| SANTA CLARA COUNTY et al., | |
| Defendants. | |

After consideration of the request to excuse Defendants Sheriff Laurie Smith, DOC Chief Edward Flores, and ACHS Medical Director Alex Chyorny, M.D., from attendance at the February 10, 2009 early settlement conference, the Court finds that good cause appears and therefor,

**IT IS HEREBY ORDERED** that Defendants Sheriff Laurie Smith, DOC Chief Edward Flores, and ACHS Medical Director Alex Chyorny, M.D., are hereby excused from in-person attendance at the February 10, 2009 early settlement conference, and shall remain on telephone stand-by during the conference.

Dated: 1/15/09

_____
RICHARD SEEBORG
United States Magistrate Judge

Proposed Order re ESC.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Excusing Individual
Defendants' Attendance at
Early Settlement Conference                                              C08-01512 RMW