1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  INCLUDING ITS SANTA CLARA
   COUNTY HEALTH AND HOSPITAL
7  SYSTEM AND ADULT CUSTODY
   HEALTH SERVICES, EDWARD
8  FLORES, LAURIE SMITH, and ALEX
   CHYORNY, M.D.

*E-FILED - 3/6/09*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| CHARLES DAVIS, | No.   C08-01512 RMW |
| Plaintiff, | **STIPULATION AND ORDER FOR PHYSICAL EXAMINATION** |
| v. | **(FRCP Rule 35)** |
| SANTA CLARA COUNTY et al., | |
| Defendants. | |

The parties hereby stipulate and agree to an order requiring Plaintiff, Charles L. Davis, to appear on March 16, 2009, at 11:00 a.m., at the Buncke Clinic located on the California Pacific Medical Center - Davies Campus, 45 Castro Street, Suite 121, San Francisco, CA 94114, telephone: (415) 565-6136, for a physical examination to be conducted by Gregory M. Buncke, M.D., a board-certified plastic surgeon.

Further, at the time of this physical examination Plaintiff shall answer all proper questions submitted to him by the examiner for the purpose of making a proper diagnosis of Plaintiff's condition and to determine the nature of Plaintiff's injuries and residuals, including questions related to medical and occupational history, past and present.  Special attention will be placed

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for
Physical Examination            1                    C08-01512 RMW

on the areas of concern as indicated by Plaintiff during the course of this examination and from Dr. Buncke's review of the available medical records.

Further, Plaintiff understands and agrees that failure to keep this appointment may prejudice his case and he may be held liable for any costs incurred, including appointment cancellation charges, if he is unable to make the appointment and the physician's office is not notified within 72 hours before the scheduled appointment. Defendant County of Santa Clara agrees to bear the costs of this examination without prejudice to the County's right to seek recovery of such costs should it prevail in this case.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                        ANN MILLER RAVEL
                        County Counsel

Dated: February 25, 2009      By:        /S/
                                          GREGORY J. SEBASTINELLI
                                          Deputy County Counsel

                                          Attorneys for Defendants
                                          COUNTY OF SANTA CLARA,
                                          INCLUDING ITS SANTA CLARA
                                          COUNTY HEALTH AND HOSPITAL
                                          SYSTEM AND ADULT CUSTODY
                                          HEALTH SERVICES, EDWARD
                                          FLORES, LAURIE SMITH, and ALEX
                                          CHYORNY, M.D.

Dated: February 25, 2009      By:        /S/
                                            KEITH G. JORDAN

                                          Attorney for Plaintiff
                                          CHARLES DAVIS

IT IS SO ORDERED:

Dated: 3/6/09

*Ronald M. Whyte* (signature)
HONORABLE RONALD M. WHYTE
United Sates District Court Judge

168703.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for
Physical Examination        2        C08-01512 RMW