ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
INCLUDING ITS SANTA CLARA
COUNTY HEALTH AND HOSPITAL
SYSTEM AND ADULT CUSTODY
HEALTH SERVICES, EDWARD FLORES,
LAURIE SMITH, and ALEX CHYORNY,
M.D.

*E-FILED - 3/23/09*

KEITH G. JORDAN (S.B. #171267)
720 SW Washington Suite 750
Portland, Oregon 97205
Telephone:  (408) 271-9500
Facsimile:  (408) 271-9598
keith@jordanlawfirm.net

Attorney for Plaintiff
CHARLES DAVIS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS, | No.   C08-01512 RMW |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS** |
| v. | |
| SANTA CLARA COUNTY et al., | |
| Defendants. | |

    The parties, through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice Plaintiff's only claim against Defendant Laurie Smith for alleged violation of 42 U.S.C. section 1983, and all of Plaintiff's state-based claims against Defendants County of Santa Clara ("County") and Alex Chyorny, M.D., for alleged medical

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Certain Claims     1     C08-01512 RMW

negligence and intentional/negligent infliction of emotional distress.  It is further stipulated and agreed that the only remaining claim as set forth in Plaintiff''s complaint is one based on alleged violation of 42 U.S.C. section 1983 against the County and Defendants Edward Flores and Alex Chyorny, M.D.

 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

ANN MILLER RAVEL
County Counsel

Dated: March 18, 2009  By:   /S/
           GREGORY J. SEBASTINELLI
           Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, INCLUDING ITS SANTA CLARA COUNTY HEALTH AND HOSPITAL SYSTEM AND ADULT CUSTODY HEALTH SERVICES, EDWARD FLORES, LAURIE SMITH, and ALEX CHYORNY, M.D.

Dated: March 18, 2009  By:   /S/
           KEITH G. JORDAN

Attorney for Plaintiff
CHARLES DAVIS

**ORDER**

IT IS SO ORDERED.

Date:  3/23/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

173021.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Dismissing Certain Claims  2  C08-01512 RMW