**E-FILED on**   8/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendants. | No. C-08-01512 RMW<br><br>JUDGMENT |

On August 28, 2009, the court entered its order granting defendants' motion for summary judgment. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:    8/28/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-01512 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Keith G. Jordan              keith@jordanlawfirm.net

**Counsel for Defendants:**

Gregory Joseph Sebastinelli    gregory.sebastinelli@cco.co.scl.ca.us
Lauren Thuy Nguyen             lauren.nguyen@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/28/09                                   JAS
                                              **Chambers of Judge Whyte**